IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM RAY PALMER, JR.,

        Petitioner,                    No. 2:11-cv-3426 GGH P

    vs.

MATTHEW CATE,

        Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer on February 28, 2012, and despite being provided two extensions petitioner has not filed a traverse. However, petitioner filed a motion to stay on May 2, 2012, in order to exhaust new claims he states he recently discovered. Within 14 days, respondent shall file an opposition to the motion to stay or indicate if there is no opposition.

        IT IS SO ORDERED.

DATED: June 5, 2012

                                /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH: AB
palm3426.ord

1